**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
BILLY FIELDS,

     *Plaintiff,*

  -against-

DAN'S SUPREME SUPER MARKETS, INC.,
RIVERDALE CENTER NY LLC

     *Defendants.*
-------------------------------------------------------------X

Case No. 24-cv-5501 (AR)

~~PROPOSED~~ JUDGMENT

     This action having been commenced on July 21, 2024 by the filing of the Summons and Complaint, and a copy of the Summons and Compliant having been personally served on the defendants, Dans Supreme Super Markets, Inc. and Riverdale Center NY LLC, on August 11, 2024, by mail service, and the Offer of Judgement Pursuant to FRCP Rule 68 having been served on the plaintiff by mail service, on February 14, 2025, with Plaintiff Acceptance of Offer of Judgement Pursuant to FRCP Rule 68 having been served by mail service, on February 27, 2025, it is

     ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against Defendants in the sum of Fifteen Thousand Dollars and Zero Cents ($15,000.00), inclusive of costs and reasonable attorneys' fees with the result that the total judgement amount which Defendants shall be obligated to pay shall be $15,000.00, on account of any and all liability claimed in this Action, including all costs of suit and attorneys' fees otherwise recoverable in this Action by Plaintiff, AND remediation of the architectural barriers in the Parking Lot of the premises located at 540 West 235th Street, Riverdale, Bronx County, New York, as identified in

Paragraphs 223 through 294 of Plaintiff's Complaint within twelve (12) months of the date of the Offer of Judgment.

Dated: New York, New York
      March 6, 2025

_____
Judge Arun Subramanian

This document was entered on the docket on March 7, 2025.